IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAYNE ROBERT MADOLE     PLAINTIFF

V.     CASE NO. 5:13-CV-5298

SHERIFF TIM HELDER,
Washington County, Arkansas     DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 23) filed in this case on May 7, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 20) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 9th day of June, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE